**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Edwin HERNANDEZ, Defendant-
Appellant.**

**No. 17-10880
Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(October 3, 2017)

Jillian M. Jewell, Yvette Rhodes, Arthur Lee Bentley, III, Taylor G. Stout, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Edwin Hernandez, Pro Se

Before HULL, JORDAN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Rosanne Brady, appointed counsel for Edwin Hernandez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hernan-

dez's conviction and sentence are **AFFIRMED**.